■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DERIC NELSON, Petitioner, v KENNETH P. THOMPSON et al., Respondents. [982 NYS2d 783]—Writ of habeas corpus in the nature of an application to release the petitioner from the custody of the City of New York Department of Correction. Application by the petitioner to prosecute the proceeding as a poor person.

Ordered that the application to prosecute the proceeding as a poor person is granted to the extent that the filing fee imposed

by CPLR 8022 (b) is waived, and the application is otherwise denied as academic; and it is further,

Adjudged that the writ is dismissed, without costs or disbursements.

Under the circumstances presented, the petitioner is not entitled to relief in a habeas corpus proceeding (*see* CPLR art 70; *People ex rel. Vogelfang v Perez*, 66 AD3d 1052 [2009]; *People ex rel. Douglas v Vincent*, 67 AD2d 587 [1979], *affd* 50 NY2d 901 [1980]; *cf. People ex rel. Bedell v Ercole*, 71 AD3d 801 [2010]). Dillon, J.P., Chambers, Austin and Duffy, JJ., concur.